UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

VALERIE G. GILES,

   Plaintiff,    )

          )

   v.      )  Civil No. 06-28-B-W

          )

JO ANNE B. BARNHART,  )

Commissioner of Social Security, )

          )

   Defendant.   )

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

  No objection having been filed to the Magistrate Judge's Recommended Decision filed September 29, 2006, the Recommended Decision is accepted.

  Accordingly, it is hereby ORDERED that the Commissioner's decision be and hereby is AFFIRMED.

         /s/ John A. Woodcock, Jr.
         JOHN A. WOODCOCK, JR.
         UNITED STATES DISTRICT JUDGE

Dated this 20th day of October, 2006